

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-15-00440-CV

Joe and Janie **GOMEZ,**
Appellants

v.

Thomas L. **DASHIELL,**
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-241-CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

The Appellant's Emergency Stay of Writ of Possession is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court